ACCEPTED
03-15-00279-CV
5397358
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 12:45:07 PM
JEFFREY D. KYLE
CLERK



# CITY OF HOUSTON

Legal Department

**Annise D. Parker**

Mayor

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/22/2015 12:45:07 PM
JEFFREY D. KYLE
Clerk

Donna L. Edmundson
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor
Houston, Texas 77002

832.393.6491 - Telephone
832.393.6259 - Facsimile
www.houstontx.gov

May 20, 2015

*Via e-Filing*
Hon. Velva L. Price
Travis County District Clerk
1000 Guadalupe Street, Room 301
Austin, Texas 78701

Re: Cause No. D-1-GN-14-001654; *The City of Houston v. Ken Paxton, Attorney General of Texas*; in the 261st Judicial District Court of Travis County, Texas

Appeal: No. 03-15-00279-CV; *The City of Houston v. Ken Paxton, Attorney General of Texas*; in the Court of Appeals for the Third District of Texas at Austin

Dear Ms. Price:

Plaintiff/Appellant City of Houston (the City) requests that the documents listed below be included in the Clerk's Record to be prepared, certified and filed in the above-numbered appeal in the Third Court of Appeals:

|   | Date filed | Document |
|---|---|---|
| 1. | 06/02/14 | City of Houston's Original Petition for Declaratory Relief |
| 2. | 06/18/14 | Defendant's Original Answer |
| 3. | 01/07/15 | Agreed Protective Order |
| 4. | 03/03/15 | City of Houston's First Amended Original Petition for Declaratory Relief |
| 5. | 03/24/15 | Defendant's Cross-Motion for Summary Judgment |
| 6. | 03/25/15 | City of Houston's Cross-Motion for Summary Judgment |
| 7. | 04/07/15 | Defendant Attorney General's Response to Plaintiff's Cross-Motion for Summary Judgment |

Council Members: Brenda Stardig   Jerry Davis   Ellen R. Cohen   Dwight A. Boykins   Dave Martin   Richard Nguyen   Oliver Pennington   Edward Gonzalez
Robert Gallegos   Mike Laster   Larry V. Green   Stephen C. Costello   David W. Robinson   Michael Kubosh   C.O. "Brad" Bradford   Jack Christie

Controller: Ronald C. Green

|     | Date filed | Document |
| --- | --- | --- |
| 8.  | 04/08/15 | City of Houston's Response to Defendant's Cross-Motion for Summary Judgment |
| 9.  | 04/15/15 | Order Sealing Information at Issue for In Camera Inspection |
| 10. | 04/15/15 | Final Judgment |
| 11. | 05/11/15 | Notice of Appeal |
| 12. | 05/12/15 | Letter from Courtland Crocker |
| 13. |          | Certified Bill of Costs |
| 14. |          | Docket Sheet |
| 15. |          | This letter |
| 16. |          | Pursuant to the Order Sealing Information at Issue for In Camera Inspection signed on April 15, 2015 (attached as Ex. A), and Tex. Gov't Code § 552.3221(c)(3) (attached as Ex. B), please transmit **under seal** to the Third Court of Appeals the Information at Issue (this is information which must be protected from public view). |

Please let me know the cost of preparing this Clerk's Record at your earliest convenience so that I can make arrangements for payment.

Thank you for your courtesy and prompt attention to this matter.

Sincerely,

 */s/ Mary Beth Stevenson*
Mary E. ("Mary Beth") Stevenson
Assistant City Attorney
832.393.6269
marybeth.stevenson@houstontx.gov

cc:     *Via e-service*
        Kimberly L. Fuchs

## Certificate of Service

I hereby certify that on this 20th day of May, 2015, a true and correct copy of the foregoing has been served on counsel below via e-service.

Kimberly L. Fuchs
Assistant Attorney General
Open Records Litigation
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
kimberly.fuchs@texasattorneygeneral.gov

*Attorney for Defendant*

*/s/ Mary Beth Stevenson*
Mary E. ("Mary Beth") Stevenson



**EXHIBIT A**

| | | |
|---|---|---|
| **THE CITY OF HOUSTON, TEXAS** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | **OF TRAVIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **GREG ABBOTT,** | § | |
| **ATTORNEY GENERAL OF TEXAS,** | § | |
| **Defendant.** | § | **261ˢᵗ JUDICIAL DISTRICT** |

## ORDER SEALING INFORMATION AT ISSUE
## FOR *IN CAMERA* INSPECTION

This is an open records lawsuit brought under the Public Information Act (PIA), Tex. Gov't Code ch. 552. This order is entered pursuant to Tex. Gov't Code § 552.3221. On this 15th day of April, 2015, at __4:30__ p.m., Plaintiff, the City of Houston, filed with the Court for *in camera* inspection the information at issue, marked as Houston's Exhibit A and consisting of 41 pages bearing Bates Numbers McDonald _00261_ - McDonald _00271_. McDonald 00447 - 00457; and. McDonald 00500 - 00518

IT IS ORDERED that the clerk shall file Houston's Exhibit A under seal as "Information at Issue"; append a copy of this order to the information; maintain the information at issue in a sealed envelope or in a manner that precludes disclosure; and transmit the information at issue to any court of appeals as part of the clerk's record.

IT IS ORDERED that the information at issue shall not be made available by the clerk or any custodian of records for public inspection.

IT IS FURTHER ORDERED THAT THE INFORMATION AT ISSUE SHALL NOT BE RELEASED OR ACCESSED BY ANY PERSON OTHER THAN THE COURT, A REVIEWING COURT OF APPEALS, OR PARTIES PERMITTED TO INSPECT THE INFORMATION PURSUANT TO A PROTECTIVE ORDER.

GN-14-1654

Signed this _15th_ day of _April_, 2015.

_____
JUDGE PRESIDING

AGREED:

DONNA L. EDMUNDSON
CITY ATTORNEY
JUDITH L. RAMSEY
CHIEF, GENERAL LITIGATION SECTION

_____
DAVID L. RED
Senior Assistant City Attorney
Texas Bar No. 16656900
CITY OF HOUSTON LEGAL DEPARTMENT
P.O. Box 368
Houston, Texas 77001-0368
832.393.6293
832.393.6259 Fax
E-mail: david.red@houstontx.gov
Attorney for CITY OF HOUSTON

KEN PAXTON
Attorney General of Texas
CHARLES E. ROY
First Assistant Attorney General
JAMES E. DAVIS
Deputy Attorney General for Civil Litigation
DAVID A. TALBOT, JR.
Chief, Administrative Law Division

_____
KIMBERLY FUCHS
State Bar No. 24044140
Assistant Attorney General
Chief, Open Records Ligation
Administrative Law Division
Office of The Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
512.475.4195
512.457.4677 Fax
kimberly.fuchs@texasattorneygeneral.gov
Attorney for Defendant
Attorney General of Texas

2



**EXHIBIT B**

Vernon's Texas Statutes and Codes Annotated
  Government Code (Refs & Annos)
    Title 5. Open Government; Ethics (Refs & Annos)
      Subtitle A. Open Government
        Chapter 552. Public Information (Refs & Annos)
          Subchapter H. Civil Enforcement

V.T.C.A., Government Code § 552.3221

§ 552.3221. In Camera Inspection of Information

Effective: September 1, 2013

Currentness

(a) In any suit filed under this chapter, the information at issue may be filed with the court for in camera inspection as is necessary for the adjudication of the case.

(b) Upon receipt of the information at issue for in camera inspection, the court shall enter an order that prevents release to or access by any person other than the court, a reviewing court of appeals, or parties permitted to inspect the information pursuant to a protective order. The order shall further note the filing date and time.

(c) The information at issue filed with the court for in camera inspection shall be:

(1) appended to the order and transmitted by the court to the clerk for filing as "information at issue";

(2) maintained in a sealed envelope or in a manner that precludes disclosure of the information; and

(3) transmitted by the clerk to any court of appeal as part of the clerk's record.

(d) Information filed with the court under this section does not constitute "court records" within the meaning of Rule 76a, Texas Rules of Civil Procedure, and shall not be made available by the clerk or any custodian of record for public inspection.

(e) For purposes of this section, "information at issue" is defined as information held by a governmental body that forms the basis of a suit under this chapter.

**Credits**

Added by Acts 2013, 83rd Leg., ch. 461 (S.B. 983), § 1, eff. Sept. 1, 2013.

V. T. C. A., Government Code § 552.3221, TX GOVT § 552.3221
Current through the end of the 2013 Third Called Session of the 83rd Legislature

 © 2015 Thomson Reuters. No claim to original U.S. Government Works.

 © 2015 Thomson Reuters. No claim to original U.S. Government Works.